DANIEL RODRIGUEZ, ESQ., SBN 096625
M. SCOTT FONTES, ESQ., SBN 139567
CHARLES R. CHAPMAN, ESQ., SBN 115505
**RODRIGUEZ & ASSOCIATES**
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE:  (661) 323-1400   FAX: (661) 323-0132

Attorneys for Plaintiffs PAMELA SMITH;
JEFFERY SMITH; BRITTNEY SMITH;
and JS, a minor, by and through his
guardian ad litem, PAMELA SMITH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SMITH; JEFFERY SMITH ; BRITTNEY SMITH; and JS, a minor, by and through his guardian ad litem, PAMELA SMITH,<br><br>            Plaintiffs,<br>    vs.<br><br>RICHARD PIERCE, in his individual capacity only; and DOES 1 to 100, inclusive, in their individual capacities only,<br><br>            Defendants. | Case No. 1:09−CV−01641−LJO−DLB<br><br>**ORDER GRANTING APPLICATION OF PAMELA SMITH TO BE APPOINTED GUARDIAN AD LITEM FOR MINOR JS**<br><br>**[Fed. R. Civ. Pro. 17(c); Local Rule 17-202(a)]** |

///

1  The Court having considered the Application of Pamela Smith for the appointment of a guardian ad litem for JS, a minor, who is a Plaintiff in the above-entitled action and good cause appearing,

IT IS HEREBY ORDERED that Pamela Smith be appointed guardian ad litem for JS in this action.

IT IS SO ORDERED.

Dated:   **September 23, 2009**         /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE