1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

PAMELA SMITH, et al.,

                Plaintiffs,

      v.

RICHARD PIERCE

                Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1: 09 CV 01641 LJO  DLB

SCHEDULING ORDER (Fed.R.Civ.P 16)

Discovery Deadlines:
    Initial Disclosures: January 4, 2010
    Non Expert: January 28, 2011
    Expert: February 25, 2011

Non-Dispositive Motion Deadlines:
    Filing: March 21, 2011
    Hearing: April 18, 2011

Dispositive Motion Deadlines:
    Filing: April 25, 2011
    Hearing: May 25, 2011

Settlement Conference:
    April 13, 2011 at 10:00 a.m.
    Courtroom 9

Pre-Trial Conference:
    June 28, 2011 at 8:30 a.m.
    Courtroom 4

Trial:  August 8, 2011 at 8:30 a.m.
       Courtroom 4  JT 5 to 7 days

**I.**    **Date of Scheduling Conference**

December 21, 2009.

**II.**    **Appearances of Counsel**

M. Scott Fontes appeared on behalf of Plaintiffs.

Kevin Reager appeared on behalf of Defendant.

1

### III.   Discovery Plan and Cut-Off Date

The parties are ordered to exchange the initial disclosures required by Fed .R. Civ. P. 26(a)(1) on or before January 4, 2010.

The parties are ordered to complete all discovery pertaining to non-experts on or before January 28, 2011 and all discovery pertaining to experts on or before February 25, 2011.

The parties are directed to disclose all expert witnesses, in writing, on or before January 28, 2011, and to disclose all supplemental experts on or before February 7, 2011.  The written designation of experts shall **be made pursuant to Fed. R. Civ. P. Rule 26(a)(2), (A) and (B) and shall include all information required thereunder.**  Failure to designate experts in compliance with this order may result in the Court excluding the testimony or other evidence offered through such experts that are not disclosed pursuant to this order.

The provisions of Fed. R. Civ. P. 26(b)(4) and (5) shall apply to all discovery relating to experts and their opinions.  Experts must be fully prepared to be examined on all subjects and opinions included in the designation.  Failure to comply will result in the imposition of sanctions, which may include striking the expert designation and preclusion of expert testimony.

### IV.   Pre-Trial Motion Schedule

All Non-Dispositive Pre-Trial Motions, including any discovery motions, shall be filed no later than March 21, 2011 and heard on or before April 18, 2011.  Non-dispositive motions are heard on Fridays at 9:00 a.m., before the Honorable Dennis L. Beck, United States Magistrate Judge in Courtroom 9.  **Counsel must comply with Local Rule 37-251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from calendar.**

In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 6-142(d).  However, if counsel does not obtain an order shortening time, the notice of motion *must* comply with Local Rule 37-251.

1    Counsel may appear and argue non-dispositive motions by telephone, providing a

2  written request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than five

3  (5) court days before the noticed hearing date.  In the event that more than one attorney requests

4  to appear by telephone then it shall be the obligation of the moving part(ies) to arrange and

5  originate a conference call to the court.

6    All Dispositive Pre-Trial Motions shall be filed no later than April 25, 2011 and

7  heard no later than May 25, 2011, in Courtroom 4 before the Honorable Lawrence J. O'Neill,

8  United States District Court Judge.  In scheduling such motions, counsel shall comply with **Local**

9  **Rules 78-230 and 56-260**.

10                **Motions for Summary Judgment or Summary Adjudication**

11    Prior to filing a motion for summary judgment or motion for summary

12  adjudication the parties are ORDERED to meet, in person or by telephone, and confer to discuss

13  the issues to be raised in the motion.

14    The purpose of the meeting shall be to: 1) avoid filing motions for summary

15  judgment where a question of fact exists; 2) determine whether the respondent agrees that the

16  motion has merit in whole or in part; 3) discuss whether issues can be resolved without the

17  necessity of briefing; 4) narrow the issues for review by the court; 5) explore the possibility of

18  settlement before the parties incur the expense of briefing a summary judgment motion; 6)  to

19  arrive at a joint statement of undisputed facts.

20    The moving party shall initiate the meeting and provide a draft of the joint

21  statement of undisputed facts.  In addition to the requirements of Local Rule 56- 260 the moving

22  party shall file a joint statement of undisputed facts.

23    In the notice of motion the moving party shall certify that the parties have met and

24  conferred as ordered above or set forth a statement of good cause for the failure to meet and

25  confer.

26

27

28                                   3

1

**V.     Pre-Trial Conference Date**

2          June 28, 2011 at 8:30 a.m. in Courtroom 4 before Judge O'Neill.

3          The parties are ordered to file a **Joint Pretrial Statement pursuant to Local**

4   **Rule 16-281(a)(2).** The parties are further directed to submit a digital copy of their pretrial

5   statement in Word Perfect X3[1] format, directly to Judge O'Neill's chambers by email at

6   LJOOrders@caed.uscourts.gov.

7          Counsels' attention is directed to **Rules 16-281 and 16-282 of the Local Rules** of

8   Practice for the Eastern District of California, as to the obligations of counsel in preparing for the

9   pre-trial conference.  The Court will insist upon strict compliance with those rules.

10  **VI.    Trial Date**

11         August 8, 2011 at 8:30 a.m. in Courtroom 4 before the Honorable Lawrence J.

12  O'Neill, United States District Court Judge.

13         A.      This is a jury trial.

14         B.      Counsels' Estimate of Trial Time: 5 to 7 days.

15         C.      Counsel's attention is directed to Local Rules of Practice for the Eastern

16                 District of California, Rule 16-285.

17  **VII.   Settlement Conference**

18         A Settlement Conference is scheduled for April 13, 2011 at 10:00 a.m. in

19  Courtroom 9 before the Honorable Dennis L. Beck, U.S. Magistrate Judge.

20         Unless otherwise permitted in advance by the Court, **the attorneys who will try**

21  **the case** shall appear at the Settlement Conference **with the parties** and the person or persons

22  having **full authority** to negotiate and settle the case **on any terms**[2] at the conference.

23  _____

24         [1] If WordPerfect X3 is not available to the parties then the latest version of WordPerfect
    or any other word processing program in general use for IBM compatible personal computers is
25  acceptable.

26         [2] Insurance carriers, business organizations, and governmental bodies or agencies whose
27  settlement agreements are subject to approval by legislative bodies, executive committees, boards

28                                          4

CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

At least five (5) court days prior to the Settlement Conference the parties shall submit, directly to Judge Beck's chambers by e-mail to DLBOrders@caed.uscourts.gov, a Confidential Settlement Conference Statement.  The statement **should not be filed** with the Clerk of the Court **nor served on any other party,** although the parties may file a Notice of Lodging of Settlement Conference Statement  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.

The Confidential Settlement Conference Statement shall include the following:

A.  A brief statement of the facts of the case.

B.  A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

C.  A summary of the proceedings to date.

D.  An estimate of the cost and time to be expended for further discovery, pretrial and trial.

E.  The relief sought.

F.  The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

**VIII.   Request for Bifurcation, Appointment of Special Master, or other Techniques to Shorten Trial**

Not applicable at this time.

---

of directors or the like shall be represented by a person or persons who occupy high executive positions in the party organization and who will be directly involved in the process of approval of any settlement offers or agreements.  To the extent possible the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

1

**IX.     Related Matters Pending**

2

There are no pending related matters.

3

**X.     Compliance with Federal Procedure**

4

All counsel are expected to familiarize themselves with the Federal Rules of Civil

5 Procedure and the Local Rules of Practice of the Eastern District of California, and to keep

6 abreast of any amendments thereto.  The Court must insist upon compliance with these Rules if it

7 is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow

8 the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules of

9 Practice for the Eastern District of California.

10

**XI.     Effect of this Order**

11

The foregoing order represents the best estimate of the court and counsel as to the

12 agenda most suitable to dispose of this case.  The trial date reserved is specifically reserved for

13 this case.  If the parties determine at any time that the schedule outlined in this order cannot be

14 met, counsel are ordered to notify the court immediately of that fact so that adjustments may be

15 made, either by stipulation or by subsequent status conference.

16

**Stipulations extending the deadlines contained herein will not be considered**

17 **unless they are accompanied by affidavits or declarations, and where appropriate attached**

18 **exhibits, which establish good cause for granting the relief requested.**

19

Failure to comply with this order may result in the imposition of sanctions.

20

21

IT IS SO ORDERED.

22

**Dated: December 23, 2009**                           _____/s/ Dennis L. Beck_____
                                                                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28                                                            6