KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
STEVEN M. GEVERCER, State Bar No. 112790
Supervising Deputy Attorney General
KEVIN W. REAGER, State Bar No. 178478
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5331
 Fax:  (916) 322-8288
 E-mail:  Kevin.Reager@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **PAMELA SMITH, et al.,** | 1:09-CV-1641 LJO DLB |
| Plaintiffs, | **ORDER OF DISMISSAL PURSUANT TO STIPULATION** |
| v. | |
| **RICHARD PIERCE, et al.,** | |
| Defendants. | |

On January 26, 2011, the parties filed a stipulated request for dismissal of this action with prejudice.  Pursuant to the parties' stipulation and good cause appearing, it is hereby ordered that the above entitled action be dismissed with prejudice on the terms and conditions set forth in the stipulation.  The Clerk of the Court is directed to close this action in its entirety.

Dated: January 27, 2011

/s/ Lawrence J. O'Neill
HONORABLE DISTRICT COURT JUDGE

SA2009313171
31186672.doc

1